**STATE of Missouri, Respondent,**

v.

**Carl NUNLEY, Appellant.**

▫ **No. WD 40985.**

Missouri Court of Appeals, Western District.

May 9, 1989.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., and John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from conviction upon jury-tried case of possession of a weapon in or about the premises of a correctional institution, Section 217.360.1(4), RSMo 1986. Appellant was sentenced as a prior offender to a term of five years' imprisonment, to be served consecutively to a second-degree murder term which he was serving at the time of the alleged unlawful possession of the weapon.

Judgment affirmed. Rule 30.25(b).